UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

TONY PEROULIS,

              Plaintiff - Appellee,

   v.

PAUL KOZAK, AKA Zachary Apollo
Kriston, AKA Zachary King,

              Defendant - Appellant,

  and

KINGS COUNTY COMMAND
CORPORATION; et al.,

              Defendants,

DIANA FESKO,

              Real-party-in-interest.

No. 08-16615

D.C. No. 2:07-cv-00284-JCM-
GWF
District of Nevada,
Las Vegas


ORDER

Before: BEEZER, TROTT and BYBEE, Circuit Judges.

      The panel has voted to grant Appellant Paul Kozak, aka Zachary Apollo

Kriston's petition for panel rehearing.  The Memorandum filed January 19, 2010,

is withdrawn.

      Upon review of the record and the briefing in this appeal, this court has

determined that the appointment of pro bono counsel would benefit this court's

review. This court by this order expresses no opinion as to the merits of this appeal. The clerk shall enter an order appointing pro bono counsel to represent Appellant Kriston for purposes of this appeal only and establishing a supplemental briefing schedule. The appeal is stayed pending further order of this court.

If Appellant Kriston objects to the court's appointment of counsel in this appeal, he shall file a written objection within 14 days from the date of entry of this order.